UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARABLES ENTERTAINMENT, LLC
(FORMERLY KNOWN AS VANESSA LYNN),

       Plaintiff,

vs.                                               Case No. 4:14-cv-11374

TYLER PERRY STUDIOS & HARPO          Hon. Mark Goldsmith
PRODUCTIONS, INC.,

       Defendants.
_____/

Todd Russell Perkins (P 55623)
Nikkiya T. Branch (P 68844)
PERKINS LAW GROUP, PLLC
*Attorneys for Plaintiff*
615 Griswold, Suite 400
Detroit, Michigan  48226
Phone:  (313) 964-1702

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AS TO
DEFENDANTS TYLER PERRY STUDIOS AND HARPO PRODUCTIONS, INC. WITH
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

      **PLEASE TAKE NOTICE** that Plaintiff **PARABLES ENTERTAINMENT, LLC** (formerly known as Vanessa Lynn), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this lawsuit in its entirety, with prejudice, including all claims against Defendants Tyler Perry Studios and Harpo Productions, Inc. ("Harpo").

      Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may – without a court order – dismiss any action by filing a "notice of dismissal before the opposing party serves an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1).

Defendant Tyler Perry Studios has not filed an answer or a motion for summary judgment.  Accordingly, Plaintiff voluntarily dismisses all claims against Defendant Tyler Perry Studios, with prejudice and without costs and fees.

On August 14, 2014, Plaintiff filed its Notice of Voluntary Dismissal as to Harpo Productions, Inc. Only, Without Prejudice Pursuant to F.R.C.P. 41(a)(1) [Dkt. 7]. Harpo Productions, Inc. had not filed an answer or a motion for summary judgment.  With this notice, Plaintiff clarifies that all claims against Harpo are hereby dismissed <u>with</u> prejudice and without costs and fees.

Respectfully submitted,

PERKINS LAW GROUP, PLLC

_/s/ Nikkiya_____
Todd Russell Perkins (P 55623)
Nikkiya T. Branch (P 68844)
615 Griswold, Suite 400
Detroit, Michigan  48226
Phone:  (313) 964-1702

Dated:  September 17, 2014

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Nikkiya T. Branch*

_____
Todd Russell Perkins (P 55623)
Nikkiya T. Branch (P 68844)
615 Griswold, Suite 400
Detroit, Michigan  48226
Phone:  (313) 964-1702

15588178.2